# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 21-1303        **Short Title:** Bos. Par. Coal. v. Sch. Comm.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Massachusetts, California, Colorado, the District of Columbia, (cont'd)   as the

[ ] appellant(s)          [ ] appellee(s)          [✔] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Elizabeth N. Dewar
Signature

September 9, 2022
Date

Elizabeth N. Dewar
Name

Mass. Attorney General's Office
Firm Name (if applicable)

(617) 963-2204
Telephone Number

One Ashburton Place, 18th Fl.
Address

(617) 727-5778
Fax Number

Boston, MA 02108
City, State, Zip Code

bessie.dewar@mass.gov
Email (required)

Court of Appeals Bar Number: 1149723

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 22-1144

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).

<u>List of amici represented (cont'd)</u>
Hawaiʻi, Illinois, Maine, Maryland, Minnesota, Nevada, New Mexico, New York, Oregon, Pennsylvania, Rhode Island, Washington