No. 21-1303 & No. 22-1144
_____

## UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT
_____

BOSTON PARENT COALITION
FOR ACADEMIC EXCELLENCE CORP.,

*Plaintiff-Appellant*,

v.

THE SCHOOL COMMITTEE OF THE CITY OF BOSTON; ALEXANDRA OLIVER-DAVILA; MICHAEL D. O'NEILL; HARDIN COLEMAN; LORNA RIVERA; JERI ROBINSON; QUOC TRAN; ERNANI DEARAUJO; BRENDA CASSELLIUS, Superintendant of the Boston Public Schools,

*Defendants-Appellees*,

v.

THE BOSTON BRANCH OF THE NAACP; THE GREATER BOSTON LATINO NETWORK; ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK; ASIAN AMERICAN RESOURCE WORKSHOP; MAIRENY PIMENTEL; H.D.,

*Defendants-Intervenors-Appellees*.

_____

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE
_____

Pursuant to Local Rule 12(b), Matthew R. Segal hereby moves for leave to withdraw his appearance as counsel for *amicus curiae* American Civil Liberties Union of Massachusetts, Inc. ACLUM is still represented by other counsel in this matter.

1

Date: March 28, 2023                                Respectfully submitted,

/s/ *Matthew R. Segal*
Matthew R. Segal, 1st Cir. No. 1151872
American Civil Liberties Union
Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
617.482.3170
msegal@aclum.org

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed through the Electronic Court Filing system on March 28, 2023, and a copy thereof will be sent electronically to the registered recipients as identified on the Notice of Electronic Filing.

March 28, 2023                                /s/ *Matthew R. Segal*
                                              Matthew R. Segal