# United States Court of Appeals
## For the First Circuit

_____

No. 21-1303

BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP.,

Plaintiff - Appellant,

v.

THE SCHOOL COMMITTEE OF THE CITY OF BOSTON; ALEXANDRA OLIVER-DAVILA; MICHAEL O'NEIL; HARDIN COLEMAN; LORNA RIVERA; JERI ROBINSON; QUOC TRAN; ERNANI DEARAUJO; BRENDA CASSELLIUS,

Defendants - Appellees,

THE BOSTON BRANCH OF THE NAACP; THE GREATER BOSTON LATINO NETWORK; ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK; ASIAN AMERICAN RESOURCE WORKSHOP; MAIRENY PIMENTEL; H.D.,

Defendants - Intervenors - Appellees.

_____

No. 22-144

BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP.,

Plaintiff - Appellant,

v.

THE SCHOOL COMMITTEE OF THE CITY OF BOSTON; ALEXANDRA OLIVER-DAVILA; MICHAEL D. O'NEILL; HARDIN COLEMAN; LORNA RIVERA; JERI ROBINSON; QUOC TRAN; ERNANI DEARAUJO; BRENDA CASSELLIUS, Superintendent of the Boston Public Schools,

Defendants - Appellees,

THE BOSTON BRANCH OF THE NAACP; THE GREATER BOSTON LATINO NETWORK; ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK; ASIAN AMERICAN RESOURCE WORKSHOP; MAIRENY PIMENTEL; H.D.,

Defendants - Intervenors - Appellees.

_____

# ORDER OF COURT

Entered: March 30, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion[(s)] to withdraw Attorney Matthew R. Segal as counsel for Amici Curiae American Civil Liberties Union Foundation, Inc. and American Civil Liberties Union of Massachusetts is granted. Attorney Segal is hereby withdrawn as counsel of record, and Amici Curiae will continue to be represented by the remaining counsel of record.

By the Court:

Maria R. Hamilton, Clerk

cc:
William H. Hurd, Joshua P. Thompson, Christopher M. Kieser, Kay H. Hodge, John Matthew Simon, Lisa Skehill Maki, Daniel S. Manning, Susan M. Finegan, Andrew N. Nathanson, Doreen M. Rachal, Jennifer J. Clark, Oren McCleary Sellstrom, Mathilda McGee-Tubb, Lauren A. Sampson, Janelle Heather Dempsey, Janet Vo, Lakeisha F. Mays, Melanie Berdecia, Marc John Randazza, Gordon M. Fauth Jr., Michael N. Sheetz, Adam S. Gershenson, Michael John McMahon, Robby Lee Ray Saldana, Amanda Buck Varella, Virginia Benzan, Brian M. Alosco, Melanie Burke, Francisca Fajana, Paul Lantieri III, Donald Campbell Lockhart, Sydney A. Foster, Nicolas Y. Riley, Elizabeth N. Dewar, Peter F. Neronha, Sarah Hinger, Ruth A. Bourquin, Matthew R Segal, Jon M. Greenbaum, Genevieve Bonadies Torres, David Hinojosa, Bethany Yue Ping Li, Drew A. Domina, Callan G. Stein, Christopher W. Carlson Jr., Mary Grace White Metcalfe, Thomas Francis Maffei, Kathleen B. Boundy, Sammy Nabulsi, William F. Sinnott
R:\_Orders_FINAL\2021_cases\21-1303_Civil_Grant_Atty_Withdraw_Other_COR.docx