# United States Court of Appeals
## For the First Circuit

---

Nos.  21–1303
      22–1144

BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP.,

Plaintiff, Appellant,

v.

THE SCHOOL COMMITTEE FOR THE CITY OF BOSTON; ALEXANDRA OLIVER-DÁVILA; MICHAEL O'NEILL; HARDIN COLEMAN; LORNA RIVERA; JERI ROBINSON; QUOC TRAN; ERNANI DEARAUJO; BRENDA CASSELLIUS,

Defendants, Appellees,

THE BOSTON BRANCH OF THE NAACP; THE GREATER BOSTON LATINO NETWORK; ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK; ASIAN AMERICAN RESOURCE WORKSHOP; MAIRENY PIMENTAL; H.D.,

Defendants, Intervenors, Appellees.

---

**JUDGMENT**

Entered: December 19, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of Boston Parent Coalition for Academic Excellence Corp.'s motion under Fed. R. Civ. Pro. 60(b) and its judgment are affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:  Hon. William G. Young, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, William H. Hurd, Joshua P. Thompson, Christopher M. Kieser, Kay H. Hodge, John Matthew Simon, Lisa Skehill Maki, Daniel S. Manning, Susan M. Finegan, Andrew N.

Nathanson, Doreen M. Rachal, Jennifer J. Clark, Oren McCleary Sellstrom, Mathilda McGee-Tubb, Lauren A. Sampson, Janelle Heather Dempsey, Janet Vo, Lakeisha F. Mays, Melanie Berdecia, Marc John Randazza, Gordon M. Fauth Jr., Michael N. Sheetz, Adam S. Gershenson, Michael John McMahon, Robby Lee Ray Saldana, Amanda Buck Varella, Virginia Benzan, Brian M. Alosco, Melanie Burke, Francisca Fajana, Paul Lantieri III, Donald Campbell Lockhart, Sydney A. Foster, Nicolas Y. Riley, Elizabeth N. Dewar, Peter F. Neronha, Sarah Hinger, Ruth A. Bourquin, Jon M. Greenbaum, Genevieve Bonadies Torres, David Hinojosa, Bethany Yue Ping Li, Drew A. Domina, Callan G. Stein, Christopher W. Carlson Jr., Mary Grace White Metcalfe, Thomas Francis Maffei, Kathleen B. Boundy, Sammy Nabulsi, William F. Sinnott